UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 4:16-cr-528 - 2 AGF ) |
| BLAKE LAUBINGER, | ) ) |
| Defendant. | ) |

## MOTION TO CONTINUE SENTENCING

COMES NOW Defendant, Blake Laubinger, by and through counsel, and hereby moves this Court to continue the sentencing hearing scheduled for January 30, 2018 to a date beyond February 9, 2018.  In support of this motion, Defendant states as follows:

1. Defendant plead guilty on November 3, 2017.

2. Defendant is presently scheduled to be sentenced on January 30, 2018.

3. Defendant requests a continuance to allow for sentencings in the cases of other individuals charged in his same indictment to conclude prior to his sentencing.

4. Defendant, through counsel, has spoken with Assistant United States Attorney, John Davis.  Mr. Davis has no objection to Defendant's request.

WHEREFORE, Defendant respectfully requests this Honorable Court continue the sentencing hearing presently scheduled for January 30, 2018 to a date beyond February 9, 2018.

Respectfully submitted,

ROSENBLUM, SCHWARTZ & FRY, PC

By:   /S/ Scott Rosenblum
SCOTT ROSENBLUM, #33390  MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 16, 2018, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John Davis, assistant United States attorney.